RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 31 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

U.S. District Court

Northern District of Georgia

**Dr. Abudu John Igein** )
*Plaintiff* )
)
)
v. )
)
)
**Bluehost Holdings LLC** ) Civil Action No:
) **1:23-CV-3383**
and )
)
) **Jury Demanded**
**Endurance International** )
**Group - West, INC.** )
*Defendants*

## COMPLAINT

**NOW COMES** Abudu John Igein, **Pro Se** litigant, herein known as the ("Plaintiff"), files this Complaint against Bluehost Holdings LLC (Defendant A) and Endurance International Group-West, Inc. (Defendant B), also herein known as ("Defendants"), and in support thereof would show unto the Court the following matters and facts:

### 1.
### Diversity Jurisdiction

1. Plaintiff Abudu John Igein is a resident of the State of Georgia.
2. Jurisdiction is proper because the defendants are registered in the State of Florida, however, defendants registered agent can be served in Utah.

1

| | |
|---|---|
| **Bluehost Headquarters** **Bluehost Holdings LLC** 5335 Gate Pkwy, 2nd Floor, Jacksonville, FL 32256 | **Registered Agent:** CORPORATION SERVICE COMPANY, 15 West South Temple, Suite 600 Salt Lake City, UT 84101 |
| **Endurance International Group - West, INC.** 5335 Gate Pkwy, 2nd Floor, Jacksonville, FL 32256 | CORPORATION SERVICE COMPANY, **Endurance International Group - West, INC.** 15 West South Temple, Suite 600 Salt Lake City, UT 84101 |

3. Defendants herein are showing deception that they cannot be trusted for having their Registered Agent in another state (Utah) instead of its original location in the State of Florida, at their headquarters. These defendants will be served in both States, Florida, and Utah.

## 2.
## Background
## Material Breach of Contract
## 41 U.S. Code § 6503

4. On or about November 2021, Defendants entered a contract with Plaintiff, a copy herein to be supplied by Defendants who instituted same online, hereto as Exhibit A, and incorporated herein as reference. Under the contract, Defendants agreed to host https://ipeginternational.com for a year, until November 2022.

5. Plaintiff has performed all the conditions on Plaintiff's part to be performed.

6. As a result of Defendant's said failure to comply with said contract, Plaintiff has suffered damages in the amount of $15,000,000.

7. On or about May 24th, 2022, Plaintiff noticed his website couldn't be accessed. The salesperson advised that Plaintiff leave another credit card on file.

8. Plaintiff advised the associate that his accounts were paid until November 2022.

9. A week later, Plaintiff noticed the defendant had charged $570.51 to his account.

10. Plaintiff made many attempts to call the Defendants but was unable to gain access.

11. On or about June 3rd, 2022, Plaintiff contacted his bank, Wells Fargo, and filed a fraud claim. Well Fargo instituted a chargeback.

12. Wells Fargo restored Plaintiff account and issued him a new card.

13. The defendant Bluehost made attempts to cash out on my account and retaliated by disabling both Plaintiff websites, https://ipeginternational.com (Gold buying) and https://eggheadrecruiters.com (Job Board like indeed plus staffing agency, with multi-million dollars Call Centers to be established in Lagos, Nigeria).

14. Every attempt to restore Plaintiff websites fell on deaf ears although the sites were paid for, up to a year.

15. Every time Plaintiff made a phone call the defendants couldn't be reached.

16. The associate would say, "We couldn't understand you. Speak English."

### 3.
### Retaliation

17. On or about July 8th, 2022, Dr. Abudu John Igein, Plaintiff attempted to present multi-million-dollar deal IPEG INTERNATIONAL AND EGGHEADRECRUITERS.COM to investors, but only to find out that Bluehost disabled his websites:

    https://eggheadrecruiters.com and https://ipeginternational.com. This cost Dr. Abudu John Igein, the plaintiff, multi-million dollars' deals.

18. My https://eggheadrecruiters.com has my towing business. Bluehost puts Dr. Abudu Igein out of business by disabling this website.

### 4.
### Attempts to Settle without Court Action

19. Starting July 19, 2022, Plaintiff made numerous attempts to settle this matter without court action (Exhibits D, E, and F).

20. Defendants wrote a letter admitting guilt but didn't settle my demand for monetary compensation (**See Exhibit C**).

21. All Plaintiff attempts to settle have failed.

## 5.
## Effects of Bluehost actions

22. Plaintiff suffered from anxiety, sleepless nights, psychological pains, Loss of Businesses, Emotional Pains, and Financial Ruins.
23. As a result of the defendants' willful and intentional actions, Plaintiff suffered monetary losses.
24. As a result of the defendants' willful and intentional actions, Plaintiff suffered CREDIT RUINS.
25. As a result of the defendants' malicious actions, Plaintiff suffered emotional, as well as psychological pains.
26. Due to the Defendants' willful actions, Plaintiff suffered financial losses in the amount of $15,000,000 when Plaintiff visited Lagos to meet with investors. Plaintiff had nothing to show investors. They were all disappointed (**See Exhibit B**).
27. Bluehost has prided itself as a leading web hosting solutions company since its founding in 2003. Defendant Bluehost has done nothing but become a destroyer of Plaintiff Abudu John Igein's dreams.

## 6.
## Demands

**28.** $15,000,000 in actual damage.

## 7.
## Relief

29. WHEREFORE, Plaintiff requests judgment against Defendants for the sum of $15,000,000 on his behalf.

30. Plaintiff further requests costs of suit and such other relief as this Court may deem just and proper.

31. Plaintiff further requests that the jury impose punitive damage if Defendants fail to accept responsibility.

32. Additionally, Plaintiff further requests this honorable Court to award injunctive relief and caution Defendants to stop their actions of trying to defraud their clients.

Respectfully submitted,<br>
Dr. Abudu John Igein<br>
<br>
505 L Brown Leaf Court<br>
Powder Springs GA 30127<br>
404.947.9278

Dated: July 31st, 2023

## Certificate of Service

I hereby served a copy of my Complaint to the following defendants by registered mail, email and by U.S. Marshalls:

| Defendant A | U.S. District Court |
|---|---|
| **Bluehost Headquarters** 5335 Gate Pkwy, 2nd Floor, Jacksonville, FL 32256<br><br>1-888-401-4678 | Northern District of Georgia<br>75 Ted Turner Dr SW, Atlanta, GA 30303 |
| **Defendant A**<br><br>BLUEHOST HOLDINGS LLC<br><br>**Entity Number:** 7062981-0160<br><br>**Company Type:** LLC - Domestic<br><br>**Address:** 5335 GATE PKWY<br><br>JACKSONVILLE, FL 32256<br><br>**State of Origin:**<br><br>**Registered Agent:** CORPORATION SERVICE COMPANY<br><br>**Registered Agent Address:**<br>15 WEST SOUTH TEMPLE, SUITE 600<br>Salt Lake City, UT 84101 | Defendant B<br><br>ENDURANCE INTERNATIONAL GROUP - WEST, INC.<br><br>**Entity Number:** 8625103-0143<br><br>**Company Type:** Corporation - Foreign - Profit<br><br>**Address:** 5335 GATE PARKWAY<br><br>JACKSONVILLE, FL 32256<br><br>**State of Origin:** DE<br><br>**Registered Agent:** CORPORATION SERVICE COMPANY<br><br>**Registered Agent Address:**<br>15 WEST SOUTH TEMPLE, SUITE 600<br>Salt Lake City, UT 84101<br><br>executiveresponse@newfold.com |

Respectfully Submitted,

Abudu John Igein
5051 Brown Leaf Court
Powder Springs GA 30127
**404.947.9278**

Dated: **July 31st, 2023**

7

# Exhibits

| | |
|---|---|
| 1st incidence | Adverse action deleting and disabling https://ipeginternational.com and https://eggheadrecruiters.com |
| 2nd Incidence | Attempted to convince Wells Fargo that I owed money, contrary to the truth. |
| 3rd incidence | Disabled websites. |
| Exhibit A | Contract to be supplied by Defendants. |
| Exhibit B | Investor letter |
| Exhibit C | Bluehost letter to plaintiff (August 24th, 2022) |
| Exhibit D | Motion to File a Lawsuit and Demand for Settlement July 19th, 2022 |
| Exhibit E | Motion to File a Lawsuit and Demand for Settlement November 7th, 2023 |
| Exhibit F | Motion to File a Lawsuit and Demand for Settlement (Dec 01st, 2022) |
| Exhibit G | Flight ticket to Nigeria |
| Exhibit H | Stay at Hotel |
| Exhibit I | Picture of shop in Lagos. |
| Exhibit J | Grand opening pictures. |
| Exhibit K | IPEG member picture |
| Exhibit L | Other pictures with public |
| Exhibit M | Other supporting pictures |